

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIRKPATRICK DUNBAR,

    Plaintiff,

-against-

KC GOURMET EMPANADAS LLC, et al.,

    Defendants.

22-CV-10453 (PAE) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    Plaintiff Kirkpatrick Dunbar filed his Complaint on December 9, 2022 (Dkt. 1), and served defendants KC Gourmet Empanadas LLC and 199 East 3rd Street LLC on December 14, 2022, making defendant's answer due January 4, 2023. (Dkt. 7.) Defendant's counsel has not appeared and no answer has been filed. Nor has plaintiff requested a certificate of default.

    It is hereby ORDERED that, if defendant has not answered or otherwise responded to the complaint before **January 31, 2023**, plaintiff shall, on that date, either file a stipulation granting defendant additional time or apply for entry of default.

Dated: New York, New York
       January 24, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**