UNITED STATES DISTRICT COURT
SOUTHORN DISTRICT OF NEW YORK

KIRKPATRICK DUNBAR,

          Plaintiff,

-against-

KC GOURMET EMPANADAS LLC, et al.,

          Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/12/2024

22-CV-10453 (PAE) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    Despite a courtesy call from the Court's staff to counsel for defendant 199 East 3rd Street LLC, defendant 199 East 3rd Street LLC has neither filed a responding letter to plaintiff's letter-motion seeking an order compelling discovery responses dated February 3, 2024 (Dkt. 50) nor sought additional time to do so.

    Should defendant fail to take either course of action by **noon** on **February 12, 2024**, the Court will consider plaintiff's letter-motion unopposed.

Dated: New York, New York
       February 12, 2024

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**