```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/14/2024
```

KIRKPATRICK DUNBAR,

          Plaintiff,

-against-

KC GOURMET EMPANADAS LLC, et al.,

          Defendants.

22-CV-10453 (PAE) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court is in receipt of plaintiff's letter-motion dated February 3, 2024 (Dkt. 50), seeking an order compelling discovery responses from defendant 199 East 3rd Street LLC (199 East 3d); defendant 199 East 3d's responding letter dated February 13, 2024 (Dkt. 52), seeking an extension of its time to serve its discovery responses, due in part to the illness of its counsel; and plaintiff's reply, filed the same day (Dkt. 53), seeking an adjournment of his deadline to file his Proposed Findings of Fact and Conclusions of Law (Proposed Findings) as to the defaulted defendant, KC Gourmet Empanadas LLC (KC Gourmet).

    No conference is required. Plaintiff's letter-motion is GRANTED to the extent that defendant 199 East 3d shall serve its automatic disclosures and respond to plaintiff's written discovery requests no later than **February 20, 2024**. All fact depositions shall be completed no later than **March 15, 2024**. All remaining fact discovery shall be completed no later than **April 8, 2024**. The remaining deadlines set forth in the Court's Initial Case Management Order (Dkt. 36) are unchanged.

    Plaintiff's time to file his Proposed Findings as to KC Gourmet is EXTENDED to **March 23, 2024**. If before that date plaintiff determines that his claims against KC Gourmet are moot, he shall promptly dismiss them.

    The Clerk of Court is respectfully directed to close the motion at Dkt. 50.

Dated: New York, New York
       February 14, 2024

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**