JEREMI L. CHYLINSKI
JCHYLINSKI@GRSM.COM



ATTORNEYS AT LAW
ONE BATTERY PARK PLAZA
NEW YORK, NEW YORK 10004
PHONE: (212) 269-5500
FAX: (212) 269-5505
WWW.GORDONREES.COM

April 1, 2024

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/2024

**MEMO ENDORSED**

**BY ECF**

Magistrate Judge Barbara C. Moses
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

      **Re:**    **Dunbar v. KC Gourmet Empanadas LLC and 199 East 3rd Street LLC**
              **Case No.: 1:22-CV-10453 (PAE) (BCM)**

Dear Judge Moses:

      This firm represents Defendant 199 East 3rd Street LLC in this matter. We write with Plaintiff's consent to respectfully request an adjournment to the April 8, 2024 settlement conference. The reason for this joint request is that Defendant St. Gerard LLC was served with the amended complaint on March 25, 2024, and their response is presently due April 15, 2024. The parties believe that additional time is necessary for St. Gerard LLC to appear in this action and meaningfully participate in a settlement conference. Plaintiff and Defendant 99 East 3rd Street LLC, therefore, respectfully request that the April 8, 2024 conference be adjourned until a date convenient for Your Honor after St. Gerard LLC appears in this action, or has defaulted. This is the parties' first request to adjourn the settlement conference.

      Thank you for your attention to this matter.

                                    Respectfully Submitted,

                                    *s/ Jeremi L. Chylinski, Esq.*
                                    Jeremi L. Chylinski, Esq.

---

Application GRANTED. The settlement conference scheduled for April 8, 2024 is hereby ADJOURNED *sine die*. Once counsel for defendant St. Gerard LLC enters a notice of appearance, the parties shall promptly contact Chambers and propose three mutually convenient dates for an afternoon settlement conference. SO ORDERED.

_____
Barbara Moses
United States Magistrate Judge
April 2, 2024