```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 04/17/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIRKPATRICK DUNBAR,

    Plaintiff,

-against-

KC GOURMET EMPANADAS LLC, et al.,

    Defendants.

22-CV-10453 (PAE) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    Plaintiff Kirkpatrick Dunbar filed his First Amended Complaint on March 13, 2024 (Dkt. 68), and served defendant St. Gerard, LLC on March 28, 2024, making defendant's answer due April 15, 2024. (Dkt. 74.) Defendant has not appeared and no answer has been filed. Nor has plaintiff requested a certificate of default.

    It is hereby ORDERED that, if defendant has not answered or otherwise responded to the complaint before **April 24, 2024**, plaintiff shall, on that date, either file a stipulation granting defendant additional time or apply for entry of default.

Dated: New York, New York
      April 17, 2024

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**