UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
KIRKPATRICK DUNBAR,

                            Plaintiff,

        -against-

ST. GERARD LLC AND
199 EAST 3RD STREET LLC,

                            Defendants.
---------------------------------------X

**MOTION FOR DEFAULT JUDGMENT**

*Civil Action No.:*
1:22-cv-10453-PAE-BCM

     Plaintiff, Kirkpatrick Dunbar hereby moves the Court pursuant to Federal Rule of Civil Procedure 55(b) and Local Civil Rule 55.2 to enter default judgment in favor of Plaintiff and against Defendant, St. Gerard LLC on the grounds that said Defendant failed to answer or otherwise defend against the complaint.

Dated: New York, New York
       May 6, 2024

                                      THE MARKS LAW FIRM

                            By:_____
                              Bradly G. Marks
                              Attorney for Plaintiff
                              155 East 55th Street, Suite 4H
                              New York, NY 10022
                              T:(646) 770-3775
                              F: (646) 770- 2639
                              brad@markslawpc.com