UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

KIRKPATRICK DUNBAR,

       Plaintiff,

   -against-

ST. GERARD LLC AND
199 EAST 3RD STREET LLC,

       Defendants.
------------------------------------------------------------------X

**DEFAULT JUDGMENT**

*Civil Action No.:*
1:22-cv-10453-PAE-BCM

  NOW THEREFORE, that an Amended Summons and Complaint was filed on March 13, 2024, and a copy of the same having been served through the secretary of state on March 25, 2024; and Defendant, St. Gerard LLC not having moved with regards to or answered the amended complaint, and the time for responding to the amended complaint having expired, it is;

  **ORDERED, ADJUDGED, AND DECREED** that pursuant to 42 U.S.C. §12188, this Court is vested with the authority to grant the Plaintiff's request for injunctive relief. As such, Plaintiff shall have judgment against Defendant, St. Gerard LLC with respect to the the premises known as and located at 38 Avenue B, New York, NY 10009 (the "Premises"), that include an order to:

i)  Compel St. Gerard LLC to make said Premises compliant with the American with Disabilities Act ("ADA"), the New York City Human Rights Laws ("NYCHRL"), and the New York State Human Rights Law ("NYSHRL"), in accordance with the Administrative Code of the City of New York, and the 2010 ADA Standards for Accessible Design ("ADAAG") which provides minimum requirements for public accommodations to become readily accessible and useable by individuals with disabilities. St. Gerard LLC shall:

  a. Within 30 days of this Order, retain an ADA expert to provide a report that: 1) identifies all violations of the ADA within the public accommodation of the Premises whether or not said violation is identified in the Complaint, including the physical

removal of all structural barriers within the Premises (the "Expert Report"); and 2) provides, a comprehensive plan to remediate, remove, and cure all violations identified in the Expert Report including the removal of all structural and access barriers within the Premises, and does not rely upon temporary fixes, within 30 days of this Order (the "Work").

    i. The Expert Report must specifically address:

        1. The creation of an independently accessible entrance with appropriate slope and signage. Should the Expert Report find that an accessible entrance is not readily achievable under ADAAG standards, then it should provide a reasonable alternative.

  b. Within 90 days of this Order, St. Gerard LLC shall complete the Work in compliance with ADAAG guidelines.

  c. Within 15 days of this Order, St. Gerard LLC shall provide ADA compliant:

    i. Temporary ingress/egress accommodations (such as a temporary ramp with a bell) while it completes the Work.
    ii. Signage at the front entrance to the store informing people a ramp is available upon request, and to press the buzzer for assistance placed in compliance with ADAAG guidelines.
    iii. Indoor/Outdoor dining tables and seating with proper knee/toe clearance.
    iv. Lower the service/checkout counters at the Premises in compliance with ADAAG guidelines.
    v. Training of all employees with regards to the ADA and afreomentioned remediations

ii) Should St. Gerard LLC be unable to comply with the above deadlines, it must show cause as to: i) what portions of this Order it has already complied with; ii) what portions of this Order require additional time, how much additional time is needed, and why additional time is needed.

iii) Should St. Gerard LLC fail to timely comply with this Order, then upon application to the court by Planitiff's Counsel notifying this Court of Defendant failure to comply, to close and cease operation of the public accomodations within the Premises until the modifications set forth herein are completed.

**IT IS FURTHER ORDERED** that Plaintiff be awarded, not less than one thousand dollars ($1,500) in compensatory damages based on the Defendants' violation of the NYCHRL ($1,000) and ($500) for the the NYSHRL; the Defendants to comply with terms of the Final Judgment within sixty (60) days of the entry of the judgment; and this Honorable Court retains jurisdiction

relating to the Plaintiff's attorneys' fees and said motion shall be filed at the conclusion of this Action.

**IT IS FURTHER ORDERED** that pursuant to 28 C.F.R. §36.201(b), both the landlord and the tenant are a public accommodation and have full responsibility for complying with the ADA requirements. Therefore, Defendant, St. Gerard LLC as tenant, and Defendant, 199 East 3rd Street LLC as landlord are jointly and severally liable and this order shall be enforceable as to all Defendants.

Dated: New York, New York
May 6, 2024

_____
U.S.D.J

This document was entered on the docket on_____.