

# ARCHER, BYINGTON, GLENNON & LEVINE LLP.

**ROBERT M. ARCHER*** 
**JOHN H. BYINGTON III**
**MARTY GLENNON**
**JULES B. LEVINE (1932-2012)**
**GARY A. THAYER**
**JAMES W. VERSOCKI**

........................

* Partner emeritus-retired

534 BROADHOLLOW ROAD, SUITE 430
MELVILLE, NY 11747

PHONE:    (631) 249-6565
FACSIMILE:    (631) 777-6906

WWW.ABGLLAW.COM

May 20, 2024

Via ECF

Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    **Kirkpatrick Dunbar v. St. Gerard, LLC., et al**
              **Case No.; 22-cv-10453 (PAE)(BCM)**
              <u>**Opposition to Motion to Default**</u>

Dear Judge Engelmayer:

      This firm was recently retained by St. Gerald LLC to appear in this matter; a notice of appearance was filed by this firm (Docket Entry No. 95) on May 20, 2024.

      Pursuant to Your Honor's order dated May 7, 2024, St. Gerald LLC was provided until May 21, 2024, to file opposition to the proposed default judgment filed against it by plaintiff (Docket Entry No. 91).

      We have been in communication with counsel for both plaintiff and co-defendant 199 East 3rd Street LLC to review the procedural status of this matter and to discuss potential resolution of plaintiff's claims. Based on those discussions, plaintiff has consented to withdrawing its proposed default judgment so the parties can further discuss resolution of this matter and allow St. Gerard LLC the opportunity to file responsive pleadings, with the consent of the Court.

      St. Gerard LLC believes that allowing plaintiff to withdraw the proposed default motion would be appropriate as it would allow the parties to address plaintiff's claims for access under the Americans with Disabilities Act and would not cause any prejudice to the non-defaulting parties, especially since plaintiff is consenting to the withdrawal of its motion. Furthermore, 199 East 3rd Street LLC is the landlord to St. Gerard LLC and a default judgment would preclude the ability of St. Gerald LLC and 199 East 3rd Street LLC to coordinate potential remedies to any alleged access issues raised by plaintiff and determine which of the defendants are responsible for such remedial measures.

Judge Paul A. Engelmayer
May 20, 2024
Page 2

St. Gerard LLC also submits that it has defenses to the claims set forth in the Amended Complaint, including factual disputes as to certain allegations raised by the plaintiff and potential cross-claims against 199 East 3rd Street LLC relating to the apportionment of liability, if any, in this action. Furthermore, St. Gerard LLC's non-responsiveness was not willful. St Gerard LLC has advised the undersigned that the amended complaint was served on an employee of the company with limited English skills. Once the paperwork was reviewed by an appropriate decision-maker at the company, it was sent to counsel and this firm immediately contacted Mr. Marks, counsel for plaintiff, to discuss the procedural status of the matter. Shortly thereafter, counsel for both plaintiff and co-defendant 199 East 3rd Street LLC held a call to discuss this motion, the procedural status of the case, and reached the agreement to allow St. Gerard, LLC. to request that the proposed default judgment be withdrawn or vacated on consent.

For the reasons set forth herein, St. Gerard LLC respectfully requests that plaintiff be granted permission to withdraw its proposed default motion or, in the alternative, that the Court deny the proposed default judgment, and that St. Gerald LLC be afforded the opportunity to appear and file responsive pleadings in this action.

Thank you for your courtesies in this matter and your consideration of this application.

Respectfully submitted,

/s/ James W. Versocki

James W. Versocki

JWV/alm

786741

GRANTED. Plaintiff's motion for default judgment, Dkt. 89, is hereby withdrawn. The Court respectfully directs the Clerk of Court to terminate the motion pending at Docket 89. This case remains under the able pretrial management of Judge Moses.

SO ORDERED.

Dated: May 21, 2024
       New York, New York

_____
PAUL A. ENGELMAYER
United States District Judge

785587