USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __5/30/2024__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIRKPATRICK DUNBAR,

          Plaintiff,

-against-

KC GOURMET EMPANADAS LLC, et al.,

          Defendants.

22-CV-10453 (PAE) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge**

For the reasons discussed during today's discovery conference:

1. No later than **July 26, 2024**, defendant 199 East 3rd Street LLC (199 East) must produce all nonprivileged documents that are responsive to plaintiff's requests for production (RFPs) 4, 5, 6, 7, 8, 11, 12, and 13 and that came into defendant's possession, custody or control in connection with the purchase of the premises at issue (which according to 199 East was in or around 2011), or at any time thereafter.

2. No later than **July 26, 2024**, 199 East must produce all of its remaining returns, dating back to 2011. If the specified returns cannot be found, 199 East must provide a sworn statement, signed by a person with personal knowledge, outlining those unable to be produced, a statement describing the search(es) conducted and explaining why the requested returns were not produced.

3. No later than **July 26, 2024**, 199 East must conduct a reasonably diligent search for all additional, nonprivileged documents responsive to RFP 17, dating back to the date on which it purchased the premises.

4. No later than **June 3, 2024**, the parties must contact my chambers to schedule a judicially-supervised settlement conference on a mutually convenient date. The

corporate parties are reminded that their principals will be required to attend in person.

5. The Court has received and reviewed the letter filed by attorney Jeremi Chylinski on May 29, 2024. (Dkt. 102.) The order to show cause (Dkt. 101) is DISCHARGED.

6. All relief not expressly granted herein is DENIED.

Dated: New York, New York
       May 30, 2024

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**